IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARRIE HOOD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO.: 2:18-cv-933-GMB (wo) |
| SUNBRIDGE HEALTHCARE, LLC, d/b/a MERRY WOOD LODGE, | ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

This cause is before the court on a Joint Stipulation of Dismissal. Doc. 19. The parties have consented to the jurisdiction of a Magistrate Judge pursuant to 28 U.S.C. § 636(c). Doc. 13 & 14. In light of the Joint Stipulation, it is hereby ORDERED that this action is dismissed with prejudice.

Each party to bear its own costs.

DONE this 4th day of April, 2019.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE